IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 289

| | |
|---|---|
| ROBERT S. ROLAND and<br>WAN HANG GLORIA CHAN,<br><br>    Plaintiffs<br><br>V<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the court on Anthony Fisichella, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Andrew William Clopman. It appearing that Andrew William Clopman is a member in good standing with the Florida State Bar and will be appearing with Anthony Fisichella, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Anthony Fisichella, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#4) of Andrew William

Clopman is **GRANTED**, and that Andrew William Clopman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Anthony Fisichella, Jr.

Signed: January 7, 2015

Dennis L. Howell
United States Magistrate Judge