UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00289-MOC-DLH

| | | |
|---|---|---|
| **WAN HANG GLORIA CHAN** <br> **ROBERT S. ROLAND,** <br><br> Plaintiffs, <br><br> Vs. <br><br> **DENISE FRAZIER** <br> **UNITED STATES CITIZENSHIP AND** <br> **IMMIGRATION SERVICES** <br> **JEH JOHNSON** <br> **LEANDER HOLSTON** <br> **ERIC HOLDER** <br> **JAMES COMEY** <br> **LEON RODRIGUEZ,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |

**THIS MATTER** is before the court on defendants' Motion to Dismiss (#7) made pursuant to Rule 12(b)(1) and (6). Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss (#7) is DENIED without prejudice as to reasserting the substance of such motion at the close of discovery in a Motion for Summary Judgment.

Signed: March 27, 2015



Max O. Cogburn Jr.
United States District Judge