# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv289

| | | |
|---|---|---|
| **ROBERT S. ROLAND, and WAN HANG GLORIA CHAN,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** | ) ) ) ) | |
| Defendants. | ) ) ) | |

Previously, the Court denied without prejudice the Joint Motion to Stay Discovery Requirements [# 11] and directed the parties to submit a Certificate of Initial Attorney's Conference. Upon a review of the docket, it appears that Defendants have not yet filed Answers to the Complaint. The Court **DIRECTS** Defendants to file Answers within ten (10) days of the entry of this Order. The Court also **DIRECTS** the parties to file a certified copy of the Administrative Record within ten (10) days of the entry of this Order. The Court will then consult with the District Court and enter a Pretrial Order as directed by the District Court.

Signed: May 14, 2015

_____
Dennis L. Howell
United States Magistrate Judge
