UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00289-MOC-DLH

| | | |
|---|---|---|
| WAN HANG GLORIA CHAN and ROBERT S. ROLAND, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| Vs. | ) ) | ORDER |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JEH JOHNSON, Secretary, United States Department of Homeland Security; ERIC HOLDER, Attorney General of the United States; LEON RODRIGUEZ, Director, United States Citizenship and Immigration Services; DENISE FRAZIER, District Director, United States Citizenship and Immigration Services Atlanta District; LEANDER HOLSTON, Charlotte Field Office Director, United States Citizenship and Immigration Services; JAMES COMEY, Director, Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the parties' cross motions for summary judgment (##18, 19). As both motions have been fully briefed and are now ripe for review, the court will calendar these motions for argument. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar Defendants' Motion for Summary Judgment (#18) and Plaintiffs' Motion for Summary Judgment (#19) for oral argument on the next available Asheville civil motions day.

Signed: August 4, 2015



Max O. Cogburn Jr
United States District Judge

-1-