# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| WAN HANG GLORIA CHAN AND ROBERT S. ROLAND, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:14-cv-00289-MOC-DLH |
| vs. | ) ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2015 Order.

October 23, 2015

Frank G. Johns, Clerk
United States District Court